1   BARRY J. PORTMAN
    Federal Public Defender
2   MANUEL U. ARAUJO
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant GARCIA-AGUILAR

6

7                 IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10

11  UNITED STATES OF AMERICA,          )     No. CR 11-00119-JF
                                       )
12                  Plaintiff,         )     [PROPOSED] ORDER CONTINUING THE
                                       )     STATUS HEARING FROM MAY 5, 2011
13  v.                                 )     TO ~~MAY 26, 2011~~ JUNE 9, 2011
                                       )
14  JORGE GARCIA-AGUILAR,              )
                                       )
15                  Defendant.         )
                                       )
16  _____

17

18          Good cause appearing and by stipulation of the parties, it is hereby ordered that the status
                                                                                              June 9,
19  conference hearing in the above-captioned matter shall be continued from May 5, 2011, to ~~May~~

20  ~~26,~~ 2011, at 9:00 a.m. .  It is further ordered that the period of delay from May 5, 2011, to and
                        June 9
21  including ~~May 26~~, 2011, is excluded for purposes of Speedy Trial Act computations pursuant to

22  Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

23  Dated: May   5   , 2011

24                                     _____
                                       HONORABLE JEREMY FOGEL,
25                                     United States District Judge

26